**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| CLAYTON CHERRY,<br><br>      Plaintiff,<br><br>    v.<br><br>RATP DEV USA LLC AND TRANSDEV<br>SERVICES, INC.,<br><br>      Defendants. | Civil Action No. 5:25-cv-00276-FL<br><br>**DEFENDANT TRANSDEV SERVICES,<br>INC.'S MOTION FOR JUDGMENT ON<br>THE PLEADINGS, OR, IN THE<br>ALTERNATIVE, MOTION FOR<br>SUMMARY JUDGMENT** |

Defendant Transdev Services, Inc. ("Transdev"), by and through its undersigned counsel, and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, or, alternatively, Rule 56 of the Federal Rules of Civil Procedure, and Local Rule 7.1, hereby moves to dismiss Plaintiff Clayton Cherry's ("Plaintiff") claims against Transdev for discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964 ("Title VII").

In support of this Motion, and as more fully explained in Transdev's Memorandum of Law in Support of its Motion for Judgment on the Pleadings, or, in the alternative, Motion for Summary Judgment, Plaintiff failed to file his Charge of Discrimination ("Charge") with the Equal Employment Opportunity Commission within the required 180-day time period, rendering his Charge untimely and therefore necessitating the dismissal of his claims against Transdev as a matter of law.

Accordingly, Transdev respectfully requests that this Court grant this Motion and dismiss Plaintiff's claims against Transdev in their entirety, <u>with prejudice</u>.

***(Signature Page Follows)***

Respectfully submitted this the 17th day of September, 2025.

/s/ Matthew Brown

Matthew Brown, Bar No. 53001
mabrown@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone:   704.972.7000
Facsimile:    704.333.4005

*Attorneys for Defendant Transdev Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants in this case:

Evan Gungor
SPITZ, THE EMPLOYEE'S LAW FIRM
5540 Centerview Drive, Suite 200B
Raleigh, NC 27606
Telephone: (980) 332-4688
Facsimile: (216) 291-5744
Email: evan.gungor@spitzlawfirm.com

*Attorneys for Plaintiff*

Aaron Chang
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
One West 4th Street, Suite 850
Winston-Salem, NC 27101
Telephone: (336) 721-6841
Facsimile: (336) 748-9112
Email: achang@constangy.com

*Attorneys for Defendant RATP Dev USA, LLC*

*/s/ Matthew S. Brown*
Matthew S. Brown, Bar No. 53001
mabrown@littler.com
LITTLER MENDELSON P.C.
620 South Tryon St, Suite 950
Charlotte, NC  28202
Telephone:    704.972.7000
Facsimile:    704.333.4005

*Attorneys for Defendant Transdev Services, Inc.*

- 3 -